

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00210-CV

**IN THE INTEREST OF E.B.K.-R.**, a child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00852
Honorable H. Paul Canales, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is AFFIRMED. No costs shall be assessed against appellant.

Manuel C. Rodriguez Jr.'s motion to withdraw is GRANTED.

SIGNED September 11, 2013.

_____
Karen Angelini, Justice